IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ANIA RYNARZEWSKA, | \* |
| Plaintiff, | \* |
| v. | Case No. 5:22-cv-00398-TES |
| | \* |
| THE CORPORATION OF MERCER UNIVERSITY, *doing business as* MERCER UNIVERSITY, | \* |
| | \* |
| Defendant. | |

## **J U D G M E N T**

Pursuant to this Court's Order dated April 10, 2025, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendant. Plaintiff shall recover nothing of Defendant. Defendant shall also recover costs of this action.

This 10th day of April, 2025.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk